| | |
|---|---|
| JERRY DANIEL PROFFITT,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CAL. SHASTA COUNTY, et al.,<br><br>Defendants. | No. 2:19-cv-1435 KJN P<br><br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis. However, plaintiff did not sign either document. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint or request to proceed in forma pauperis unless he signs them and re-files them.

Plaintiff is provided an opportunity to re-file his complaint and request to proceed in forma pauperis bearing his signatures. Failure to submit a signed complaint and signed request to proceed in forma pauperis will result in a recommendation that this action be dismissed.

////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the
2 | date of this order, plaintiff shall re-file a <u>signed</u> complaint and a <u>signed</u> affidavit in support of his
3 | request to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a
4 | recommendation that this action be dismissed.

Dated: July 31, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

prof1435.r11